SEP 28 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH THOMAS TAKYI,

                Plaintiff,

v.

WARDEN NORTHWEST DETENTION CENTER,

                Defendant.

No. 09-5383RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The application to proceed in forma pauperis is DENIED. Plaintiff has thirty days from the date of this order to pay the full $350.00 dollar filing fee. If the filing fee is not received in thirty days, the clerk's office is instructed to dismiss this action WITHOUT PREJUDICE.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1  The Clerk is directed to send copies of this Order to the plaintiff, and to the Hon. J.
2  Richard Creatura and note a date on Judge Creatura's calendar thirty days from today so this
3
4  action can be tracked.
5     DATED this 27th day of September, 2009.

                                          /s/ Ronald B. Leighton
                                          Ronald B. Leighton
                                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2