| | |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOSEPH THOMAS TAKYI, | |
| Plaintiff, | Case No. C09-5383RBL |
| v. | ORDER |
| WARDEN, NORTHWEST DETENTION CENTER, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court sua sponte.

On September 28, 2009, this Court entered an Order Denying Plaintiff's Motion to Proceed *In Forma Pauperis*. The Court informed Plaintiff that if he did not pay the filing fee within thirty days (October 28, 2009), the case would be dismissed without prejudice. At the time Plaintiff filed this lawsuit on June 25, 2009 he was detained at the Northwest Detention Center. All correspondence sent to the Plaintiff at the Northwest Detention Center since September 2, 2009 has been returned as undeliverable indicating to the Court that Plaintiff is no longer detained at the facility. It is therefore,

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee and for failing to inform the Court of his new address.

ORDER
Page - 1

| | |
|---|---|
| 1 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any party |
| 2 | appearing pro se. |
| 3 | Dated this 6th day of November, 2009. |

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE