AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH THOMAS TAKYI<br><br>v.<br><br>WARDEN, NORTHWEST DETENTION CENTER, | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: C09-5383RBL |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee and for failing to inform the Court of his new address.



|  |  |
|---|---|
| ___November 6, 2009___<br>Date | ___BRUCE RIFKIN___<br>Clerk |
| | ___*s/CM Gonzalez*___<br>Deputy Clerk |